RECEIVED

TERMED

U.S. District Court
Central District of California (Western Div.)

2005 SEP 30  A 10: 14

CRIMINAL DOCKET FOR CASE #: 05-M -1978-ALL

USA v. Arrue
Dkt# in other court: None

Filed: 09/21/05

Case Assigned to:     Unassigned

JEAN PIERRE ARRUE (1)
    defendant
  [term   09/21/05]

Myra J Sun
FTS Ext 4740
FAX 213-894-0081
[COR LD NTC pda]
Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012-4202
213-894-2854

Pending Counts:

  NONE

Terminated Counts:

  NONE

Complaints

Defendant in violation of
21:846, 843(b) and 18:1956(h).

Disposition

Defendant held to answer to the
Middle District of Alabama   at
Montgomery.
(-1)

U. S. Attorneys:

  NONE

I hereby attest and certify on 1/27/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

(1101)

Docket as of September 27, 2005 11:16 am         Page 1

```
Proceedings include all events.                                    TERMED
2:05m 1978-ALL USA v. Arrue

9/21/05   2        REPORT COMMENCING CRIMINAL ACTION as to Jean Pierre Arrue
                   arrested on 9/21/05.  Defendant's date of birth: 1976. (vdr)
                   [Entry date 09/23/05]

9/21/05   1        AFFIDAVIT RE OUT-OF-DISTRICT WARRANT filed as to Jean
                   Pierre Arrue, originating in the USDC, Middle District of
                   Alabama, at Montgomery.  Defendant charged in violation of:
                   21:846, 843(b) and 18:1956(h).  Signed by Navarro, USMS.
                   (vdr) [Entry date 09/23/05]

9/21/05   3        DEFENDANT Jean Pierre Arrue arrested on warrant issued from
                   USDC, Middle District of Alabama at Montgomery. (vdr)
                   [Entry date 09/23/05]

9/21/05   4        MINUTES OF ARREST ON O/D WARRANT held before Magistrate
                   Judge Carla M. Woehrle as to Jean Pierre Arrue: Defendant
                   arraigned and states true name is as charged. DFPD
q                   Attorney Myra J Sun appointed. Bail set in the amount of
                   $50,000 appearance bond, with following conditions of
                   release: with cash deposit for $2,000, with affidavit of
                   surety no justification (CR-4) by defendant's mother.
                   Defendant has travel restriction of State of CA and
                   District of Alabama, with any travel to Alabama.  All
                   conditions of bond to be met by close of business on
                   9/23/05.  Court orders Jean Pierre Arrue held to answer
                   to USDC, Middle District of Alabama at Montgomery. Court
                   orders bond to transfer. Defendant committed to the
                   custody of the U.S. Marshal.  Defendant to report to
                   District of Origin by close of business on 10/11/05.  Tape
                   No.: 05-64 (vdr) [Entry date 09/23/05]

9/21/05   5        WAIVER OF RULE 5 HEARINGS filed by Jean Pierre Arrue,
                   excluding probation or supervised release cases: waiving an
                   identity hearing, but request that a preliminary
                   examination be held in the prosecuting district. (vdr)
                   [Entry date 09/23/05]

9/21/05   6        FINANCIAL AFFIDAVIT filed as to Jean Pierre Arrue. (vdr)
                   [Entry date 09/23/05]

9/21/05   7        AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local
                   Criminal Rule 5.2.8) filed as to Jean Pierre Arrue in the
                   amount of $50,000, by Surety: Mother, Gloria Haydee Ramirez
                   for bond. (vdr) [Entry date 09/23/05]

9/26/05   8        BOND AND CONDITIONS OF RELEASE filed as to Jean Pierre
                   Arrue in the amount of: $50,000 appearance bond.
                   Conditions of Release with cash deposit of $2,000, with
                   affidavit of surety no justification (CR-4) by defendant's
                   mother. Defendant restriction of travel to CD/CA and
                   District of Alabama, State of CA (and any travel to
                   Alabama).  Approved by Magistrate Judge Carla M. Woehrle.
                   Original bond routed to: FISCAL FOR TRANFER TO MIDDLE
                   DISTRICT OF ALABAMA. (vdr) [Entry date 09/27/05]
```

```
Proceedings include all events.                                    TERMED
2:05m 1978-ALL USA v. Arrue
```



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT

# MEMORANDUM

Date: September 27, 2005

To: Fiscal Section

From: Vanessa Del Rio                , Criminal Docket Clerk

Re: Case No. 05-1978M

Case Title USA v Jean Pierre Arrue

Please transfer the $ $50,000 ap & $2,000 cash   ☒ Appearance bond / ☒ Cash Bond
posted on 9/26/05                            by the above-named defendant to the Middle
District of Alabama                                    at Montgomery.

By _____
Deputy Clerk, Criminal Section

CR-65 (10/97)                MEMORANDUM TO FISCAL TO TRANSFER BOND

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, | CASE NUMBER: | |
|---|---|---|
| v. Jean Pierre Arrue | COMPLAINT: 05-1928m | INDICTMENT / INFORMATION: |
| Defendant/Material Witness. | VIOLATION OF TITLE: 21 : 18 | SECTION: 846, 843(b) ! 1956 (h) |

(COPY stamp)

- ☐ PERSONAL RECOGNIZANCE (Signature only - no dollar amount)
- ☐ UNSECURED APPEARANCE BOND IN THE AMOUNT OF $_____    RELEASE No. _____
- ☒ APPEARANCE BOND IN THE AMOUNT OF $ 50,000
  - ☒ WITH CASH DEPOSIT (AMOUNT OR %) $ 2,000
  - ☒ WITH AFFIDAVIT OF SURETY NO JUSTIFICATION (Form CR-4)
  - By Deft. Mother
- ☐ RELEASE TO PRETRIAL ONLY
- ☒ FORTHWITH RELEASE
- ☒ ALL CONDITIONS OF BOND SHALL BE MET AND BOND POSTED BY: 9/23/05 - Close of Bus.
- ☐ WITH AFFIDAVIT WITH JUSTIFICATION OF SURETY (Form CR-3)
- ☐ WITH DEEDING OF PROPERTY
- ☐ COLLATERAL BOND IN AMOUNT OF (Cash or Negotiable Securities) $_____
- ☐ CORPORATE SURETY BOND IN AMOUNT OF (Separate Form Required) $_____
- ☐ ADDITIONAL REQUIREMENTS:
- ☒ BAIL FIXED BY COURT ____        ☐ ALL REQUIREMENTS HAVE BEEN MET: ____
  Deputy Clerk                                                                Deputy Clerk

## PRE-CONDITIONS TO RELEASE

- ☐ Bail is subject to Nebbia hearing which is a hearing to inquire about the source of the collateral.
- ☐ The Nebbia hearing can be waived by the government.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, as specified on other side, the following conditions of release are imposed upon you:

- ☐ Defendant shall submit to: [ ] Pretrial Supervision. [ ] Intensive Pretrial Supervision.
- ☐ Surrender all passports to the Clerk of Court, or sign a declaration no later than, _____ and not apply for the issuance of a passport during the pendency of this case.
- ☒ Travel is restricted to: CD/CA AND State of California AND District of Alabama (AND Any Travel to Alabama)
- ☐ Do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area of restricted travel without Court permission.
- ☐ Reside as approved by PSA and do not relocate without prior permission from PSA.
- ☐ Maintain or actively seek employment and provide proof to PSA.
- ☐ Maintain or commence an educational program and provide proof to PSA.
- ☐ Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
- ☐ Not possess any firearms, ammunition, destructive devices, or other dangerous weapons. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
- ☐ Not use/possess any identification other than in your own legal name or true name. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
- ☐ Not use alcohol.
- ☐ Not use or possess illegal drugs. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
- ☐ Submit to drug [and/or] alcohol testing and outpatient treatment as directed by PSA. You shall pay all or part of the cost for testing and treatment based upon your ability to pay as determined by PSA.
- ☐ Participate in residential drug [and/or] alcohol treatment as deemed necessary by PSA. You shall pay all or part of the cost for treatment based upon your ability to pay as determined by PSA. [ ] Release to PSA only.
- ☐ Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA. You shall pay all or part of the costs based upon your ability to pay as determined by PSA.

Defendant Initials X J.P.A   Date X 9/21/05

ORIGINAL - YELLOW COPY         PINK - PRETRIAL SERVICES         WHITE - DEFENDANT COPY

CR-1 (9/04)         CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM         Page 1 of 2

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

Jean Arrue
Defendant/Material Witness.

CASE NUMBER:

☐ Participate in one of the following home confinement program components and abide by all requirements of the program which [ ] will or [ ] will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA.
  [ ] **Curfew.** You are restricted to your residence every day: [ ] from _____ to _____. [ ] as directed by PSA. [ ] Release to PSA only.
  [ ] **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by PSA. [ ] **Release to PSA only.**
  [ ] **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment; religious services; and court appearances as pre-approved by PSA. [ ] **Release to PSA only.**
☐ Not possess or have access to, either in the home, the workplace, or any other location, any device which offers Internet access, except as approved by PSA. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor.
☐ Not loiter/be found within 100 feet of any school yard, park, playground, arcade, or other place primarily used by children under the age of 18.
☐ Not be employed by, affiliate with, own, control, or otherwise participate directly or indirectly in conducting the affairs of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.
☐ Not view or possess child pornography or child erotica. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property, including computer hardware and software, by Pretrial Services in conjunction with the US Marshal.
☐ Other conditions: _____

X 9/21/05                    X [signature]                       818 355 2023
Date                         Defendant/Material Witness' Signature      Telephone Number

_____N/A_____                                  X RESEDA, CA
Address (please print)                             City, State And Zip Code

☐ **Check if interpreter is used:** I have interpreted into the _____ language all of the above conditions of release and have been told by the defendant that he or she understands all of the conditions of release.

_____                            _____
Interpreter's signature                            Date

Approved: Carla M. Woehrle                         9/26/05
United States District Judge / Magistrate Judge    Date

If Cash Deposited: Receipt # 78504                 For $ 2,000.00 X

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rules 46-3.2 and 46-6)

**ORIGINAL - YELLOW COPY**        **PINK- PRETRIAL SERVICES**        **WHITE - DEFENDANT COPY**

CR-1 (9/04)       CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM       Page 2 of 2

```
9/23/2005 3:53:20 PM  Receipt #: 78504
       Cashier : RDEJESUS [LA 1-1]
Paid by: VERONICA LOZANO FOR G. RAMIREZ
2:MG05-01978 ARRUE, JEAN PIERRE  (1) Orde
r(1)
2005-604700    2 - Criminal Cash Bail(1)
Amount :                         $2,000.00
BALANCE :                            0.00
Comment: CASH BOND OWNER: GLORIA HAYDEE R
AMIREZ, 18411 HATTERAS ST, UNIT # 115, TA
RZANA, CA 91356
Check Payment : 9747 /           2,000.00
Total Payment :                  2,000.00
```

Date Approved: 9/21/05  Extension: 5735
By: Julie Shemit
☐ PSA Officer (for material witness only)  ☑ AUSA
Signature: _____

FILED
CLERK, U.S. DISTRICT COURT
SEP 21 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF, | 05-1978-M |
| v. | |
| JEAN-PIERRE ARRUE | AFFIDAVIT OF SURETY (NO JUSTIFICATION) |
| DEFENDANT(S). | |

I, the undersigned surety, state on oath that I permanently reside within the jurisdiction of the United States District Court for the Central District of California at the address indicated below or in (City, State): TARZANA, CALIFORNIA

I further state that I have read and understand the provisions of the bond executed by the above-named defendant to which this affidavit is affixed as "Attachment A", and I agree to be bound as a condition of this bond by the provisions of Local Criminal Rule 46-6 as set forth at the bottom of this document and further acknowledge and agree that I and my personal representatives are bound as a condition of this bond, jointly and severally with the defendant and other sureties, to pay to the United States of America the sum of $ 50,000 , in the event that the attached bond is forfeited.

I further understand that it is my obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon becoming aware of such fact.

I further agree and understand that, unless otherwise ordered by the Court, the bond to which this affidavit is attached is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is duly exonerated by Order of the Court.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 21st day of SEPTEMBER 20 005.

GLORIA HAYDEE RAMIREZ
Name of Surety

Signature of Surety

MOTHER
Relationship of Surety

XXX-XX- 7 7 6 5
Social Security Number of Surety (Last 4 digits only)

18411 HATTERAS ST. #115
Address of Surety

TARZANA, CA 91356
City, State, Zip Code

---

*Local Criminal Rule 46-6*

*Bond - Summary Adjudication of Obligation*

*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of executive upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

CR-4 (07/05)   AFFIDAVIT OF SURETY (NO JUSTIFICATION)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. JEAN-PIERRE ARRUE, DEFENDANT. | CASE NUMBER: 05-1978 |
|---|---|
| | WAIVER OF RIGHTS (OUT OF DISTRICT CASES) |

FILED
CLERK, U.S. DISTRICT COURT
SEP 21 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I understand that charges are pending in the **MIDDLE** District of **ALABAMA** alleging violation of **21 USC § 846** and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1) have an identity hearing to determine whether I am the person named in the charges;
(2) receive a copy of the charge(s) against me;

-Check one only-

☒ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☐ have an identity hearing
☐ receive a copy of the charges(s) against me
☐ have a preliminary examination
☒ have an identity hearing, and I have been informed that I have no right to a preliminary examination
☐ have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

_____
Defendant

_____
Defense Counsel

_____
United States Magistrate Judge

Date: 9/21/05

I hereby attest and certify on 9/27/05 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

M-14 (03/03) WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

(1101)

P SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF

☑ LA  ☐ RS  ☐ SA  ☐ UNDER SEAL
CASE NUMBER: 05-1928m
☐ COMPLAINT  ☑ OUT OF DISTRICT AFFIDAVIT
☐ INDICTMENT  ☐ INFORMATION
☐ SUMMONS  ☐ EXTRADITION
☐ PSA/PO WARRANT
☐ SUPER FAST TRACK (Class B Misdemeanor)
FILED: 9-21-05
VIOLATION: 21: 846: 843

v.

Jean P. Arrue, DEFENDANT.

DATE: 9-21-05   TIME: 2:00
TAPE NUMBER: 05-64

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Woehrle

CALENDAR/PROCEEDINGS SHEET
LOCAL/OUT-OF-DISTRICT CASE

PRESENT: D. Thomas / Julie Shemitz / N/A
Deputy Clerk / Assistant U.S. Attorney / Interpreter / Language

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
☑ preliminary hearing OR ☑ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is _____
☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☑ Attorney: Myra Sun   ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution
Ordered (see separate order)  ☐ Special appearance by: _____
☐ Government's request for detention is: ☐ GRANTED   ☐ DENIED   ☐ WITHDRAWN   ☐ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained   ☐ Temporarily Detained (see separate order)
☑ BAIL FIXED AT $ 50,000 (w/$2,000 Cash) (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:  ☐ GRANTED   ☐ DENIED
☐ Preliminary Hearing waived.
☐ **SUPER FAST TRACK**   ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of further proceedings.
☐ **PO/PSA WARRANT**   ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED   ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED   ☐ DENIED
☑ Defendant executed Waiver of Rights.   ☐ Process received.
☑ Court ORDERS defendant Held to Answer to _____ District of _____
  ☑ Bond to transfer, if bail is posted. Defendant to report on or before Fri. OCT. 11, 2005 - Clerks Off. - Close of Business
  ☐ Warrant of removal and final commitment to issue.  ☐ Warrant of removal and final commitment are ordered stayed until _____.
☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
☐ Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☑ Defendant committed to the custody of the U.S. Marshal  ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
   RELEASE ORDER NO: _____
☐ Other: _____

☐ PSA   ☐ FINANCIAL   ☐ READY
Deputy Clerk Initials: DT
cc: AUSA, Defendant's counsel
☑ PSALA, ☐ PSASA, ☐ PSAED, ☐ USPO
ORIGINAL -WHITE COPY   PINK- PIA CLERK   YELLOW - STATS   GREEN - CRD

M-5 (11/04)   CALENDAR/PROCEEDINGS SHEET-LOCAL/OUT-OF-DISTRICT CASE   Page 1 of 1
U.S. GPO: 2004-778-324/83004

(Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

AO 442

UNITED STATES OF AMERICA

V.

JEAN PIERRE ARRUE
5333 Balboa Blvd, Apt 136, Encino, CA 91316

**05-1978M**

**WARRANT FOR ARREST**

Case Number: 2:05-cr-00207-003-T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JEAN PIERRE ARRUE__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE MARIJUANA;
USING A COMMUNICATIONS FACILITY TO DISTRIBUTE MARIJUANA;
MONEY LAUNDERING

in violation of Title __21__ United States Code, Section(s) __846, 843(b) and 18 USC 1956(h)__

__DEBRA P. HACKETT__
Name of Issuing Officer

__CLERK, U. S. DISTRICT COURT, MIDDLE ALABAMA__
Title of Issuing Officer

By: /s/ [signature]
Signature of Issuing Officer

September 13, 2005; Montgomery, Alabama
Date and Location

# COPY

**ORIGINAL WARRANT ON FILE.**

**THIS COPY FOR INVESTIGATIVE PURPOSES ONLY.**

RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |

I hereby attest and certify on __10/24__
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
V. Del Rio
DEPUTY CLERK
(1101)

FILED
2005 SEP 21 PM 12:36
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>JEAN PIERRE ARRUE<br>DEFENDANT(S). | CASE NUMBER **05-1978M**<br>2:05-CR-00207-003<br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest __9-21-05 / 1000__ ☒ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   __21/846 - CONSP TO DIST MARIJUANA__
3. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown
5. Year of Birth: __1976__
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): __N/A__
8. Date detainer placed on defendant: __N/A__
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer: __DUTY OFCR__
11. Remarks (if any): _____
12. Date: __9/21/05__
13. Signature: _____
14. Name: __NAVARRO__
15. Title: _____

CR-64 (07/05)   REPORT COMMENCING CRIMINAL ACTION

I hereby attest and certify on 9/27/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

FILED
2005 SEP 21 PM 12: 36
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER: 2:05-CR-00207-003

PLAINTIFF(S)
v.
JEAN PIERRE ARROE
DEFENDANT(S).

05-1978M

**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: **INDICTMENT**
in the **MIDDLE** District of **ALABAMA** on **9-13-05**
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about **9/04**
in violation of Title **21** U.S.C., Section(s) **846**
to wit: **CONSP. TO DIST MARIJUANA**

A warrant for defendant's arrest was issued by: **GRAND JURY**

Bond of $ **NONE** was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on **9-21-05**, by
_____, Deputy Clerk.

Signature of Agent

Print Name of Agent: **NAVARRO**

Agency: **USMS**

Title: **USMS**

CR-52 (05/98)   AFFIDAVIT RE OUT-OF-DISTRICT WARRANT