IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN - SOUTHERN - (EASTERN) DIVISION

| UNITED STATES OF AMERICA | ) |
|---|---|
| v | ) |
| Jean Pierre Arruc | ) CR. NO. 3:05 cr 207-T |

### WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, Jean Pierre Arruc, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

10/19/2005
DATE

_____
DEFENDANT

Jennifer A. Hart
ATTORNEY FOR DEFENDANT