# COURTROOM DEPUTY MINUTES
# MIDDLE DISTRICT OF ALABAMA

DATE: 10/19/2005

DIGITAL RECORDING: 10:25 – 10:31 a.m.

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd
DEPUTY CLERK: S. Q. Long, Jr.

CASE NO.: 3:05cr207-T
DEFT. NAME: Jean Pierre ARRUE

USA: Morris
ATTY: Hart
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: _____

Defendant ____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ____ YES  NAME: _____

Appt'd
Oral Motion

- ☐ kars.    Date of Arrest _____ or ☐ karsr40
- ☐ kia.    Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl.    Deft. First Appearance with Counsel
- ☐    Deft. First Appearance without Counsel
- ☐    Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel
- ☒ kfinaff.    Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted    ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐    Deft. Advises he will retain counsel. Has retained _____
- ☐    Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐    Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg.    Detention Hearing ☐ held; ☐ set for _____
- ☐ kotempdtn.    ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.    ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls.    Release order entered. Deft. advised of conditions of release
- ☐ kbnd.    ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
    ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐    Preliminary Hearing ☐ Set for _____
- ☐ ko.    Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.    Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐    Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ☒ karr.    ARRAIGNMENT SET FOR: _____ ☒ HELD. Plea of **NOT GUILTY** entered.
    ☒ Set for 12-24-05 Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
    DISCOVERY DISCLOSURES DATE: 10-19-05
- ☐ krmknn.    NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.    Identity/Removal Hearing set for _____
- ☒ kwvspt    **Waiver of Speedy Trial Act Rights Executed**