| COURTROOM DEPUTY'S MINUTES | DATE: November 14, 2005 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 3:35 - 3:38 |

## PRETRIAL CONFERENCE

| PRESIDING MAG. JUDGE. Susan Russ Walker | DEPUTY CLERK: Joyce Taylor |
|---|---|
| CASE NUMBER: 3:05cr207-T | DEFENDANT(S)  Jean Pierre Arrue, Ryan Saravia |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Terry Moorer standing in for Clark Morris | * * * * * | Jennifer Hart (Arrue) Ben Bruner (Saravia) |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**
   None

☐ **PLEA STATUS:**
   Arrue - plea negotiations
   Saravia - possible plea negotiations
   Last plea date - 4/17/06

☐ **TRIAL STATUS**
   Trial time - 3 ½ days

☐ **REMARKS:**