IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2006 APR 13 P 12:09

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 3:05cr207-T |
| | ) |
| JEAN PIERRE ARRUE | ) |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, Jean Pierre Arrue, after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial as to the April 24, 2006 trial term until the August 2006 trial term.

_____  4/6/06
JEAN PIERRE ARRUE

## CERTIFICATE OF SERVICE

I hereby certify that I have this 13th day of April 2006, served a copy of the foregoing upon the following, by placing a copy in the U.S. mail, postage prepaid and properly addressed:

Clark Morris
AUSA
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

JENNIFER A. HART
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189