| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE: September 27, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING: 2:00 - 2:15** |
| | **COURT REPORTER: Mitchell Reisner** |

☐ **ARRAIGNMENT**    √ **CHANGE OF PLEA**    ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**    ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 3:05cr207-MHT    **DEFENDANT NAME:** Jean Pierre Arrue
**AUSA:** Susan Redmond    **DEFENDANT ATTORNEY:** Jennifer Hart

Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

**Interpreter present?** ( √ )NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    ☐ Not Guilty
√ Guilty as to:
   √ **Count(s):**    1
   √ **Count(s):**    2, 3    ☐ dismissed on oral motion of USA
                             √ to be dismissed at sentencing

√ Written plea agreement filed    ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment.

☐ **CRIMINAL TERM:**        ☐ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE:**

☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
   ☐ Trial on _____; ☐ Sentencing on _____
√ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
       ☐ Defendant requests time to secure new counsel