# <u>MINUTES</u>

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE          AT MONTGOMERY  ALABAMA

DATE COMMENCED  __December 14, 2006__          AT  10:15   A.M./P.M.

DATE COMPLETED  __November 15, 2006__          AT  10:43   A.M./P.M.

UNITED STATES OF AMERICA                    Criminal Action
                                            3:05cr207-03-MHT
        VS.

JEAN PIERRE ARRUE

---

| <u>PLAINTIFF(S)</u> | APPEARANCES | <u>DEFENDANT(S)</u> |
|---|---|---|
| AUSA Todd A. Brown | X | Atty Jennifer A. Hart |
| | X | |
| | X | |
| | X | |
| | X | |

---

<u>COURT OFFICIALS PRESENT:</u>

| Anthony Green, | Daniel Korobkin, | Risa Entrekin, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

---

<u>PROCEEDINGS:</u>

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:          SENTENCING HEARING

10:15 a.m.                     Sentencing hearing commenced. Terms of plea
                               agreement stated on the record. Government
                               concurs with plea agreement. Probation
                               concurs with plea agreement. Court accepts
                               plea agreement. Defendant's request for
                               sentence on lower end of guideline range.
                               Defendant's request for sentence to run
                               concurrent to California case sentence.
                               Government objects to concurrent sentence.
                               Probation objects to concurrent sentence.
                               Sentence imposed; **ORAL ORDER** during sentence
                               imposition granting motion for reduction in
                               criminal offense level and motion for
                               downward departure. Government's **ORAL Motion**
                               to dismiss Counts 2s and 3s. **ORAL ORDER**
                               granting Government's Oral Motion to Dismiss.
10:43 a.m.                     Hearing concluded.