#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### MIDDLE DISTRICT OF ALABAMA
#### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.: 3:05cr207-MHT |
| ) | |
| **JEAN PIERRE ARRUE** ) | |

#### MOTION FOR RETURN OF FUNDS

**COMES NOW** the Defendant, JEAN PIERRE ARRUE, by and through undersigned counsel, Jennifer A. Hart, and moves this Court for an Order directing the Clerk's Office to return the bond posted in this case to Gloria Ramirez. In support of this Motion, Defendant would show the following:

1. On September 8, 2005, Jean Pierre Arrue and four codefendants were Indicted on charges of conspiracy to distribute marijuana.

2. On September 21, 2005, Mr. Arrue was arrested in the Central District of California and the Court set a bond amount of $50,000.00.

3. On September 23, 2005, Gloria Ramirez paid a $2000.00 cash deposit to the Clerk's Office in Los Angeles, California and Mr. Arrue was released on bond. (Receipt attached as Exhibit A)

4. On November 9, 2005, the $2000.00 cash deposit was transferred to the Clerk's Office for the Middle District of Alabama. (Docket Entry # 49)

5. Mr. Arrue pled guilty to the Indictment and, on December 14, 2006, he was sentenced to 18 months imprisonment. Mr. Arrue is presently incarcerated.

6. Because this case has now been terminated and Mr. Arrue is now in federal custody,

the cash deposit for the bond is due to be returned.

**WHEREFORE**, for the foregoing reasons, the defendant respectfully requests that the cash bond posted in this case be returned to Gloria Ramirez, 18411 Hatteras Street, Unit 115, Tarzana, CA 91356.

Dated this 16th day of January 2007

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Clark Morris.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189