```
CLERK'S OFFICE, U.S.D.C.
     LOS ANGELES
9/23/2005 3:53:28 PM  Receipt #: 78594
   Cashier : RDEJESUS [LA 1-1]
Paid by: VERONICA LOZANO FOR G. RAMIREZ
2:MG05-01978 ARRUE, JEAN PIERRE  (1) Ordr
7(1)
2005-604700    2 - Criminal Cash Bail(1)
Amount :                        $2,000.00
BALANCE :                           0.00

Comment: CASH BOND OWNER: GLORIA HAYDEE R
AMIREZ, 18411 HATTERAS ST, UNIT # 115, TA
RZANA, CA 91356

Check Payment : 9747 /         2,000.00
Total Payment :                2,000.00
(= NO REFUNDS WITHOUT WHITE RECEIPT =)
```