IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:05cr207-MHT |
| **JEAN PIERRE ARRUE** | ) | |

### ORDER

Upon consideration of defendant Jean Pierre Arrue's motion for return of funds (doc. no. 179), it is ORDERED that the government show cause, if any there be, in writing by January 26, 2007, as to why said motion should not be granted.

DONE, this the 17th day of January, 2007.


        /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**