IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | 3:05-cr-207-MHT |
| JEAN PIERRE ARRUE | ) | |

<u>RESPONSE TO COURT'S ORDER TO SHOW CAUSE</u>

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney and responds to the Court's Order to Show Cause filed on the 17th day of January, 2007, as follows:

The Government has no objection to the Court granting the Defendant's Motion to Return Funds filed on January 16, 2007.

Respectfully submitted this the 26th of January, 2007.

LEURA G. CANARY
United States Attorney

s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov

```
_____IN THE DISTRICT COURT OF THE UNITED STATES
              FOR THE MIDDLE DISTRICT OF ALABAMA
                        EASTERN DIVISION


UNITED STATES OF AMERICA      )
                              )
    v.                        )
                              )           3:05-cr-207-MHT
JEAN PIERRE ARRUE             )
```

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jennifer A. Hart.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    s/ A. Clark Morris
    A. CLARK MORRIS
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: clark.morris@usdoj.gov