IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 3:05cr207-MHT |
| JEAN PIERRE ARRUE ) | |

### ORDER

It is ORDERED as follows:

(1) The motion for return of funds (doc. no. 179) is granted.

(2) The clerk of the court is to return to the depositor the amount of the bond at issue.

DONE, this the 29th day of January, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE